

**No. 67228.**—Transamerican Match Corporation et al. *v.* United States, protests 59/27113–15785, etc. (New Orleans).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67229.**—Westwood Import Co. and Hoyt, Shepston & Sciaroni et al. *v.* United States, protests 60/16265, etc. (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67230.**—Mattoon & Co., Inc. *v.* United States, protests 60/19551, etc. (San Francisco).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67231.**—Ernest Greenwood Company *v.* United States, protests 61/5017, 61/20706, and 62/719 (Tampa).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67232.**—Westwood Import Co. and Hoyt, Shepston & Sciaroni *v.* United States, protests 61/18004 and 61/23112 (San Francisco).